UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

VIRGIL LEE MORAN

Case No. 8:06-CR-48-T-17EAJ

ORDER

This cause comes before the Court on the defendant's Motion To Suppress (Docket No. 15) and the Memorandum of Law in Opposition which the United States filed herein (Docket No. 20).

In his Motion, the defendant has sought to suppress statements which the defendant made on March 11, 2004, alleging that they were the unlawful result of interrogation by federal agents after the defendant had previously invoked his right to remain silent upon his arrest on that date.

The Court has reviewed the motion and the government's memorandum of law. It also heard testimony at a hearing on the defendant's Motion to Suppress on June 16, 2006. At that hearing, the United States presented the testimony of Eric Bauer and Carlos H. Montalvo, both Special Agents of the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives. The defendant presented no witnesses and adduced no evidence.

The Court, having reviewed the testimony of the Government's witnesses, finds it to be credible. The evidence establishes that agents did arrest the defendant on March 11, 2004 and that he was in their physical custody after that arrest. The Court further

finds that the agents did property advise the defendant of his right to remain silent following his arrest. The testimony further establishes that the defendant did make certain statements to Special Agent Montalvo while he was transporting the defendant to the custody of the U.S. Marshal and that said statements were not the result of interrogation or its "functional equivalent". Rhode Island v. Innis, 446 U.S. 291 (1980). The Court determines that the statements of the defendant are thus properly admissible at a trial of the indictment herein on the ground that he made them voluntarily. Accordingly, it is

    ORDERED that defendant's Motion to Suppress be **denied**.

    DONE AND ORDERED in Chambers in Tampa, Florida this 19th day of June, 2006.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies furnished to:  All Counsel of Record